**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Octavio CARRIZOSA–HERNANDEZ,
Defendant–Appellant.**

**No. 99–50416.**

**D.C. No. CR–98–762–DMT.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 9, 2001.[1]

Decided April 19, 2001.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

## MEMORANDUM [2]

Octavio Carrizosa–Hernandez appeals the 60–month sentence imposed after his guilty plea to being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Carrivosa–Hernandez contends that a sentence in excess of 8 U.S.C. § 1326(a)'s two-year statutory maximum based on the fact, not proven to a jury, that his deportation occurred following commission of an aggravated felony violates *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This argument is foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000), *amended* (Feb. 8, 2001) (order). *See United States v. Castillo–Rivera*, 244 F.3d 1020, 1024 (9th Cir.2001).

AFFIRMED.

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

